```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
            :
EMMA BOTTOMLEY,             :
            :
           Plaintiff,   :    1:21-cv-8449-GHW
            :
     -v -              :    <u>ORDER</u>
            :
CITY OF NEW YORK, *et al.*,     :
            :
            Defendants.:
            :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    As discussed during a October 26, 2022 telephone conference, Defendants' motion for summary judgment is due no later than November 28, 2022; Plaintiff's opposition is due no later than thirty days after the date of service of Defendants' motion; and Defendants' reply, if any, is due two weeks after the date of service of Plaintiff's opposition.

    SO ORDERED.

Dated: October 26, 2022
New York, New York

                                          _____
                                             GREGORY H. WOODS
                                          United States District Judge